Howard MEREDITH, Plaintiff–
Appellee,

v.

State of OREGON; Bruce A. Warner, Director of Oregon Department of Transportation; Jimmy L. Odom, Outdoor Advertising Technician, Defendants–Appellants.

No. 01–35869.

United States Court of Appeals,
Ninth Circuit.

Submitted April 1, 2002.*

Filed Feb. 27, 2003.

Amended April 18, 2003.

Janet A. Metcalf, Senior Assistant Attorney General, Salem, OR, for the defendants-appellants.

Russell L. Baldwin, Lincoln City, OR, for the plaintiff-appellee.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed.

Before: D.W. NELSON, THOMPSON and RICHARD A. PAEZ, Circuit Judges.

### ORDER

The Opinion in this case, reported at 321 F.3d 807 (9th Cir.2003), is amended as follows:

1. Delete the paragraph on pages 815–16 that begins "We have held that we have jurisdiction ..." and ends "*Thomas v. Nakatani,* 309 F.3d 1203, 1207–08 (9th Cir.2002)."

2. Delete the word "Similarly" in the first line of the first full paragraph on page 816 and replace it with the words "For instance."

It is further ordered that no petitions for rehearing or rehearing en banc shall be filed in response to this order.